**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7912**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEFFREY PAT GADSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  John R. Hargrove, Senior District Judge.
(CR-90-99-HAR, CA-96-2333-HAR)

Submitted:  February 27, 1997        Decided:  March 13, 1997

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jeffrey Pat Gadson, Appellant Pro Se.  Maury S. Epner, OFFICE OF
THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders (1) denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214, in which he claimed that there is no difference between "cocaine base" and "cocaine" for purposes of the sentencing guidelines and (2) denying his motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59. Our review of the record discloses no reversible error and no abuse of discretion. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2